UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES V. STATLER,<br>　　　　Plaintiff,<br>　　v.<br>ASSOCIATE WARDEN, et al.,<br>　　　　Defendants. | Case No. 22-cv-07036-WHO (PR)<br><br>**ORDER OF TRANSFER** |

The events giving rise to plaintiff Statler's claims occurred at Solano State Prison, which lies in the Eastern District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 8, 2023



WILLIAM H. ORRICK
United States District Judge